UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH PEARSON, | CASE NO. C24-2115-KKE |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| SYSCO FOOD DISTRIBUTION and RESTAURANT SUPPLIES, et al., | |
| Defendants. | |

This matter comes before the Court on its own motion. Plaintiff filed the complaint on February 14, 2025. Dkt. No. 7. Under Federal Rule of Civil Procedure 4(m), Plaintiff must serve the complaint within 90 days of filing. Fed. R. Civ. P. 4(m). No proof of service has been filed. Accordingly, Plaintiff is ORDERED to show cause no later than July 28, 2025, why this case should not be dismissed for failure to prosecute. If Plaintiff does not respond to this order, the Court will dismiss the case without prejudice.

The Clerk is instructed to send this order to Plaintiff's last known address.

Dated this 8th day of July, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1