1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH PEARSON,<br>　　　　　　Plaintiff,<br>　v.<br>SYSCO FOOD DISTRIBUTION and RESTAURANT SUPPLIES, et al.,<br>　　　　　　Defendants. | CASE NO. C24-2115-KKE<br><br>ORDER EXTENDING DEADLINE TO SERVE DEFENDANTS |

This matter comes before the Court on Plaintiff Deborah Pearson's response to the Court's order to show cause. Dkt. No. 11. Plaintiff requests an extension of Rule 4(m)'s 90-day deadline to serve Defendants. *Id.* The Court GRANTS Plaintiff's request and ORDERS Plaintiff to serve Defendants in accordance with Rule 4 by August 29, 2025.

The Court encourages Plaintiff to review this District's resources for pro se litigants, available at https://www.wawd.uscourts.gov/representing-yourself-pro-se, including the Federal Bar Association's civil rights legal clinic, with more information available at https://www.kcba.org/?pg=Neighborhood-Legal-Clinics.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 28th day of July, 2025.

*Kymberly K. Evanson*
—————————————
Kymberly K. Evanson
United States District Judge